[No. 36268-6-II.   Division Two.   May 6, 2008.]

CINDY J. LEWIS, *Respondent*, v. SIMPSON TIMBER COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 06-2-00474-8, Toni A. Sheldon, J., entered April 30, 2007. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ. Now published at 145 Wn. App. 302.

[Nos. 25252-3-III; 25253-1-III.   Division Three.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY EVERETTE CLEPPER, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. SANDRA SUE THOMPSON, *Appellant*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 04-1-02555-4 and 04-1-02554-6, James P. Hutton, J., entered May 16, 2006. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 25933-1-III.   Division Three.   May 6, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL ALAN ORMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-04306-6, Jerome J. Leveque and Robert D. Austin, J., entered February 5 and March 12, 2007. *Affirmed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Schultheis, C.J., and Sweeney, J.